UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIMOTHY SHERROD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGIA ENVIRONMENTAL )<br>LANDSCAPE & MAINTENANCE, )<br>INC. and TYRONE KING, )<br>)<br>Defendants. )<br>_____) | Civil Action No.<br><br>1:17-CV-02097-LMM |

## ORDER

This matter comes before the Court by the parties' Joint Motion to approve the settlement agreement they have negotiated in this matter, which was filed as Exhibit A to their joint motion. The Court conducted a telephone hearing on this matter on November 8, 2017. Consistent with the findings during this hearing, the Court approves the Settlement Agreement and General Release except for Paragraph 10 of the Agreement. The Court strikes Paragraph 10 to the extent it does not allow Plaintiff to communicate the fact that the case has settled or otherwise communicate the underlying facts of the case. The other provisions of Paragraph 10 remain. Accordingly, the Joint Motion [14] is **GRANTED**. The Settlement Agreement and General Release is otherwise approved and this matter is **DISMISSED** with

4833900v.1

prejudice. The Clerk is instructed to **CLOSE** this case.

SO ORDERED this 8th day of November, 2017.

_____
The Honorable Leigh Martin May
Judge, United States District Court

4833900v.1